No. 6,548.—RAY ANDERSON, ADMINISTRATOR, APPELLANT, *v.* DOUGLAS RUDDY ET AL., RESPONDENTS.

Decided May 27, 1930.

PER CURIAM.—Pursuant to stipulation of counsel it is ordered that the appeal herein be, and the same is hereby, dismissed as settled on its merits.

*Mr. Guy C. Derry* and *Mr. Paul B. Bowen,* for Appellant.

*Messrs. Johnston, Coleman & Jameson,* for Respondent.